**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| WANDERLYN MURRAY, ) | |
| ) | Case No.: 1:18-cv-1491 |
| Plaintiffs, ) | |
| ) | |
| v. ) | Judge Anthony J. Trenga |
| ) | |
| ) | |
| CAPITAL ONE BANK (USA) N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SETTLEMENT

Plaintiff WANDERLYN MURRAY notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 19th day of June 2019.

By: */s/ Francis A. Webb*
Francis Alexander Webb
Law Office F A Webb, PLLC
4103 Chain Bridge Rd., Suite 300
Fairfax, VA 22030
Tel: (703) 539-2003
Email: frank@fawebb.com
Attorney for Plaintiff, WANDERLYN MURRAY

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

By: */s/ Jeffrey Lohman*
Jeffrey Lohman, Bar #032315
*Pro Hac Vice*
The Law Office of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (866) 329-9217
Fax (714) 362-0096
E: JeffL@jlohman.com
Attorney for Plaintiff, WANDERLYN MURRAY

- 2 -

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I certify that on June 19, 2019 I filed Plaintiff WANDERLYN MURRAY'S Notice of Settlement using the CM/ECF system, which will provide notice to the following:

John D. Sadler (VA Bar No. 80026)
BALLARD SPAHR LLP
1909 K Street, NW – 12th Floor
Washington, DC 20006-1157
Telephone: (202) 661-2200
Facsimile: (202 661-2299
Email: sadlerj@ballardspahr.com
ATTORNEY TO BE NOTICED

By: */s/ Francis A. Webb*
Francis Alexander Webb
Law Office F A Webb, PLLC
4103 Chain Bridge Rd.,Suite 300
Fairfax, VA 22030
Tel: (703) 539-2003
Email: frank@fawebb.com
Attorney for Plaintiff, WANDERLYN MURRAY

By: */s/ Jeffrey Lohman*
Jeffrey Lohman, Bar #032315
*Pro Hac Vice*
The Law Office of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (866) 329-9217
Fax (714) 362-0096
E: JeffL@jlohman.com
Attorney for Plaintiff, WANDERLYN MURRAY

NOTICE OF SETTLEMENT