UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| WANDERLYN MURRAY, | Case No: 1:18-cv-1491-AJT-JFA |
| Plaintiff, | |
| v. | *ELECTRONICALLY FILED* |
| CAPITAL ONE BANK (USA), N.A., | |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Wanderlyn Murray ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/ John D. Sadler (with permission)* | */s/ Francis A. Webb* |
| John D. Sadler (VA Bar No. 80026) | Francis Alexander Webb |
| BALLARD SPAHR LLP | Law Office F A Webb, PLLC |
| 1909 K Street, NW – 12th Floor | 4103 Chain Bridge Rd., Suite 300 |
| Washington, DC 20006-1157 | Fairfax, VA 22030 |
| Telephone: (202) 661-2200 | Tel: (703) 539-2003 |
| Facsimile: (202) 661-2299 | Email: frank@fawebb.com |
| sadlerj@ballardspahr.com | *COUNSEL FOR PLAINTIFF* |
| *COUNSEL FOR DEFENDANT* | |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of August 2019, I electronically filed the foregoing Joint Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

John D. Sadler (VA Bar No. 80026)
BALLARD SPAHR LLP
1909 K Street, NW – 12th Floor
Washington, DC 20006-1157
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
sadlerj@ballardspahr.com
*COUNSEL FOR DEFENDANT*

                                                */s/ Francis A. Webb*
                                                Francis Alexander Webb
                                                Law Office F A Webb, PLLC
                                                4103 Chain Bridge Rd., Suite 300
                                                Fairfax, VA 22030
                                                Tel: (703) 539-2003
                                                Email: frank@fawebb.com