UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| WANDERLYN MURRAY, <br><br> Plaintiff, <br> vs. <br><br> CAPITAL ONE BANK (USA), N.A. <br><br> Defendant. | Case No. 1:18-cv-1491-AJT-JFA |

## ORDER OF DISMISSAL

Plaintiff, Wanderlyn Murray ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's complaint against Defendant is DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

It is so ORDERED.

/s/
Anthony J. Trenga
United States District Judge    8/26/19

Anthony J. Trenga
United States District Judge